# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Glenn Ming Young<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 09-cr-00229-GJH-1<br><br>Case: 1:22-mj-00245<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 11/9/2022<br>Description: Arrest Rule (5) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Glenn Ming Young     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Alleged violation of supervised release

Date: August 31, 2022

*By: Deputy Clerk*

Address: 6500 Cherrywood Lane
Greenbelt, Md. 20770

Catherine M. Stavlas, Clerk
*Name and Title of Issuing Officer*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 8/31/22<br>at *(city and state)* Washington DC<br><br>Date: 11/9/22 | , and the person was arrested on *(date)* 11/9/22<br><br>*Arresting officer's signature*<br><br>Michael Tantillo DUSM<br>*Printed name and title* |