PROB 12C
(7/93)

Case: 1:22-mj-00245
Assigned To : Harvey, G. Michael
Assign. Date : 11/9/2022
Description: Arrest Rule (5)

# United States District Court
## for the
## Western District of Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Glenn Young        Case Number: 2:14CR00004-001

Name of Sentencing Judicial Officer: James P. Jones, Sr. U.S. District Judge

Date of Original Sentence: February 26, 2015

Original Offense: Bribery of a Public Official; Conspiracy to Defraud the United States; Possession of Contraband in Prison

Original Sentence: 46 months imprisonment, three years supervised, $225 special assessment.

Type of Supervision: Supervised Release

Date Supervision Commenced: Mr. Young's supervision should have started on September 11, 2020, however he failed to report, and his case was never opened.

Asst. U.S. Attorney: Zachary T. Lee        Defense Attorney: Barry Lynn Proctor

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation office believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

**1** | **Mandatory Condition:** *"The defendant shall not commit another federal, state or local crime."*

On March 24, 2021, Mr. Young was arrested in Prince Georges County, Maryland and charged with Possession with Intent to Distribute a Controlled Substance (Two Counts). He was subsequently released on bond pending his trial.

**2** | **Mandatory Condition:** *"The defendant shall not commit another federal, state or local crime."*

On March 24, 2021, Mr. Young was arrested in Prince Georges County, Maryland, and charged with Possess, Manufacture or Distribute a Prescription Drug. He was subsequently released on bond pending his trial.

**3** | **Mandatory Condition:** *"The defendant shall not commit another federal, state or local crime."*

On March 24, 2021, Mr. Young was arrested in Prince George County, Maryland, and charged with two counts of Possession of a Controlled Dangerous Substance (Not Marijuana). He was subsequently released on bond pending his trial.

Name of Offender: Glenn Young                                 Case Number: 2:14CR00004-001

**4**         **Mandatory Condition:** *"The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.*

Mr. Young was released from custody on September 11, 2020. He failed to report to the probation office and his whereabouts are currently unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked
[ ] Extended for   year(s), for a total term of   years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 16, 2022

Scott H. Belcher
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/17/22
Date